THE PEOPLE OF THE STATE OF NEW YORK ex rel. RONALD C. BLAUVELT, Appellant, against J. VERNEL JACKSON, as Warden of Clinton Prison, Respondent.

Submitted February 24, 1949; decided March 4, 1949.

*Ronald C. Blauvelt,* appellant in person.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown, Herman N. Harcourt* and *Thomas F. Saccoman* of counsel), for respondent.

Appeal dismissed upon the ground that the case is not one " where the only question involved on the appeal is the validity of a statutory provision of the state or of the United States under the constitution of the state or of the United States ". (N. Y. Const., art. VI, § 7, subd. 2; see *People ex rel. Morriale* v. *Branham,* 289 N. Y. 813, 815.) No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.